UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:07-CR-61-TAV-HBG |
| FREDRICK O. BLACK, | ) ) | |
| Defendant. | ) | |

## ORDER

This criminal case is before the Court for consideration of the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton, on July 15, 2014 (the "R&R") [Doc. 120]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Guyton recommends that an order be entered denying the defendant's motion pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure for return of property [Doc. 104].

After a review of the R&R and the record in this case, the Court is in agreement with Magistrate Judge Guyton's recommendation, which the Court adopts and incorporates into its ruling. Thus, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 120] and it is **ORDERED** that the defendant's motion [Doc. 104] is hereby **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE